UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN K. MARTIN,<br><br>      Plaintiff(s),<br><br>v.<br><br>RESORTCOM INTERNATIONAL, LLC,<br><br>      Defendant(s). | Case No. 2:22-cv-00247-JAD-BNW<br><br>**Order**<br><br>[Docket No. 18] |

    Pending before the Court is a stipulation to exempt this case from the early neutral evaluation program, indicating that an early neutral evaluation would not be fruitful in light of the pending motion to compel arbitration. Docket No. 18. For good cause shown, the stipulation is **GRANTED**. This case is exempted from the early neutral evaluation program. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and to remove the undersigned from this case.

    IT IS SO ORDERED.

    Dated: August 8, 2022

                                                            Nancy J. Koppe<br>                                                            United States Magistrate Judge