MARCUS LEE (Nevada Bar No. 15769)
INKU NAM (Nevada Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for ResortCom International, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN K. MARTIN, an Individual,<br><br>                Plaintiff,<br><br>         vs.<br><br>RESORTCOM INTERNATIONAL, LLC, a Domestic Limited-Liability Company; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-00247-JAD-BNW<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** |

Defendant RESORTCOM INTERNATIONAL, LLC, by and through its attorneys Marcus Lee, Esq. and Inku Nam, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby requests that Dustin Clark, Esq. be removed from the caption and list of counsel to be noticed in the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4871-0518-5085.1

Dustin Clark, Esq. is no longer with the firm of LEWIS BRISBOIS BISGAARD & SMITH LLP. Given the remaining attorneys at LEWIS BRISBOIS BISGAARD & SMITH LLP who have appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

Dated this 2nd day of November, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Inku Nam*
MARCUS LEE
Nevada Bar No. 15769
INKU NAM
Nevada Bar No. 12050
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for ResortCom International, LLC

**ORDER**

IT IS SO ORDERED

DATED: 11:48 am, November 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



4871-0518-5085.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November, 2022, I electronically filed the **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** with the Clerk of the Court through Case Management/Electronic Filing System.

F. TRAVIS BUCHANAN, ESQ.
**F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC**
701 East Bridger Ave,. Suite 540
Las Vegas, NV 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
E-mail: Travis@ftblawlv.com

and

JAMON R. HICKS, ESQ.
(Seeking Pro Hac Vice)
**DOUGLAS/HICKS LAW, APC**
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
Tel: (323) 655-6505
Fax: (323) 927-1941
E-mail: jamon@douglashickslaw.com

*Attorneys for Plaintiffs*

By      /s/ *Krystle Platero*
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4871-0518-5085.1                              3